UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

UNITED STATES OF AMERICA

v.  Case No.: 2:26-cr-00016

ROSMERY MORALES-MEJIA

**O R D E R**

On February 25, 2026, came the United States of America by Jonathan T. Storage, Assistant United States Attorney, and also came the defendant in person and by counsel, Tim C. Carrico, for the purposes of a hearing on defendant's Motion for Release from Detention [ECF No. 20]. Also present was Kiara Carper, Senior United States Probation Officer, and Johnnie Benningfield, Certified Court Interpreter.

The Court's Order of February 6, 2026, held the issue of detention in abeyance to allow counsel an opportunity to provide information to probation as it relates to a proposed third party custodian.

On February 6, 2026, counsel for the defendant filed a Motion for Release from Detention [ECF No. 20] and on February 9, 2026, the United States filed Government's Response in Opposition to the Defendant's Motion for Release from Detention and Government's Motion for a Hearing [ECF No. 21].

The Court has reviewed the defendant's motion, the response filed by the United States, and the Memorandum from the probation officer. Assistant United States Attorney Jonathan T. Storage advised the Court that he no longer contests detention and had no objection to the defendant being released on bond. Therefore, for reasons noted on the record, which are **ORDERED** incorporated herein by reference, the Court finds

that there are conditions of release which will reasonably assure the defendant's appearance as required.

It is accordingly **ORDERED** that the defendant be released on a Ten Thousand Dollar unsecured Appearance Bond and Order Setting Conditions of Release as outlined under a separate order.

It is further **ORDERED** that the defendant be released from the South Central Regional Jail to her brother-in-law, Gilmer Pablos-Miguel, who will serve as third party custodian.

The Clerk is directed to provide copies of this Order to the defendant, all counsel of record, the United States Probation Department, and the United States Marshals Service.

**ENTER:** February 25, 2026

Dwane L. Tinsley
United States Magistrate Judge